AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original ☐ [Duplicate Original]

CLERK'S OFFICE
A TRUE COPY
Jul 01, 2024
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>USPS Priority Mail parcel 9405536105536329106939 | )<br>)<br>)<br>)<br>)<br>)    Case No.   24   MJ   133 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Eastern     District of     Wisconsin
*(identify the person or describe the property to be searched and give its location)*:

A USPS Priority Mail parcel 9405536105536329106939 ("SUBJECT PARCEL"). SUBJECT PARCEL is approximately a 9.5" x 12.5" USPS envelope weighing approximately 0 lbs. 3 oz. The shipping label for SUBJECT PARCEL indicates it is from "ERMENEGILDO ORELLANA 2373 PINEWAY DR WEST PALM BEACH FL 33415-7226". SUBJECT PARCEL bears a typewritten label addressed to "HARRY WILSON 5027 N 37TH ST MILWAUKEE WI 53209-5331". SUBJECT PARCEL was postmarked on June 24, 2024, in West Palm Beach, Florida.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Contraband such as a machinegun conversion device, fruits of crime, or other evidence of possession or transfer of a machine gun, in violation of 18 U.S.C. §§ 922(o).

**YOU ARE COMMANDED** to execute this warrant on or before    07/15/2024    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. William E. Duffin    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    07/01/2024 at 1:40 p.m.        *William E. Duffin*
                                                        *Judge's signature*

City and state:    Milwaukee, Wisconsin         Hon. William E. Duffin, U.S. Magistrate Judge
                                                        *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>3838023-PMN | Date and time warrant executed:<br>07/01/2024   2:11 p.m. | Copy of warrant and inventory left with:<br>USPIS |

| Inventory made in the presence of :   Inspectors Tyler Fink and Cleveland Brand |
|---|

| Inventory of the property taken and name(s) of any person(s) seized:<br><br><br>Agents found the parcel contained one USPS Priority Mail Flat Rate cardboard box, bubble wrap, and paper towels taped into a ball.  Within the ball of paper towels, law enforcement discovered five black "incognito" pistol backplates and five silver extended metal legs.  These components are parts that make a Glock "switch" machinegun conversion device ("MCD").  The backplates appeared to fit a Glock pistol and were of similar size and shape |
|---|

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:   07/02/2024

Tyler Fink  Digitally signed by Tyler Fink
Date: 2024.07.02 08:50:17
-05'00'

*Executing officer's signature*

Postal Inspector Tyler Fink

*Printed name and title*

**ATTACHMENT A**
*Property to be searched*

The property to be searched is USPS Priority Mail parcel 9405536105536329106939 ("**SUBJECT PARCEL**"). **SUBJECT PARCEL** is approximately a 9.5" x 12.5" USPS envelope USPS parcel weighing approximately 0 lbs. 3 oz. The shipping label for **SUBJECT PARCEL** indicates it is from "ERMENEGILDO ORELLANA 2373 PINEWAY DR WEST PALM BEACH FL 33415-7226". **SUBJECT PARCEL** bears a typewritten label addressed to "HARRY WILSON 5027 N 37TH ST MILWAUKEE WI 53209-5331". **SUBJECT PARCEL** was postmarked on June 24, 2024, in West Palm Beach, Florida.

11

**ATTACHMENT B**
*Property to be seized*

Evidence, instrumentalities and contraband concerning violation of Title 18, United States Code, Section 922(o) (the "Subject Offense"), as follows:

1. Firearms;

2. Firearms components;

3. Glock switches or any other machine gun conversion device; and

4. Any packaging material that can be used to identify the sender of the Subject Parcel, including through DNA or fingerprint analysis.

12